February 27, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF K.G.S. AND T.W.S., CHILDREN

NO. 14-12-00673-CV

_____

This cause, an appeal from the judgment in favor of appellee, Texas Department of Family and Protective Services, signed on August 20, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

Under Texas Rule of Appellate Procedure 20.1(m), we order appellant, the mother of K.G.S. and T.W.S., to pay all costs incurred in this appeal to the extent of her ability to pay.

We further order this decision certified below for observance.